UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

LEE THOMPSON & FAWCETT COMPANY,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-1460

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

LEE THOMPSON & FAWCETT COMPANY, with prejudice and without fees and costs.

Dated: New York, New York
       October 7, 2024

**GOTTLIEB & ASSOCIATES PLLC**

SO ORDERED.

The Clerk of Court is respectfully directed to close this case.

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

DALE E. HO
United States District Judge
Dated: October 9, 2024
New York, New York